**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF APRIL 7, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
WD77239        Tammy Jo Tyner vs. Dawn Renee Myers
WD77272        Joseph Jones vs. State of Missouri
WD77730        In the Interest of: D.M.M. vs. Juvenile Officer


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
WD76747        State of Missouri vs. Lance c. Butler